IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL DIONE KERR                                                              PETITIONER
Reg # 15244-180

VS.                              NO. 2:09CV00020-SWW-BD

T.C. OUTLAW, Warden,
Federal Correctional Complex,
Forrest City, Arkansas                                                          RESPONDENT

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections[1] received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Michael Dione Kerr's Petition for Writ of Habeas Corpus (#2) and Amended Petition for Writ of Habeas Corpus (#6) are DISMISSED with prejudice this 8th day of March, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner filed a pleading titled "Motion for Final Judgment," which the Court interprets as his objections to the recommended disposition. *See* docket entry 22.