# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**MICHAEL DIONE KERR**                                                           **PETITIONER**
**Reg # 15244-180**

**VS.**                              **NO. 2:09CV00020-SWW-BD**

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                       **RESPONDENT**

## <u>ORDER</u>

  The Court has received the Recommended Disposition from Magistrate Judge Beth

Deere.  After careful review of the recommendation, the timely objections[1] received

thereto, as well as a *de novo* review of the record, the Court concludes that the

Recommended Disposition should be, and hereby is, approved and adopted as this

Court's findings in all respects in its entirety.

  Michael Dione Kerr's Petition for Writ of Habeas Corpus (#2) and Amended

Petition for Writ of Habeas Corpus (#6) are DISMISSED with prejudice this 8th day of

March, 2010.

           /s/Susan Webber Wright
           UNITED STATES DISTRICT JUDGE

---

[1] Petitioner filed a pleading titled "Motion for Final Judgment," which the Court interprets as his objections to the recommended disposition.  *See* docket entry 22.